

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2013

No. 04-13-00404-CV

**IN RE** the **ESTATE OF** Alberto **TREVIÑO**, Jr.

Original Mandamus Proceedings[1]

### ORDER

This court's opinions and order dated August 21, 2013 are WITHDRAWN. The motion for rehearing filed on behalf of the real party in interest is DENIED. the petition for writ of mandamus is CONDITIONALLY GRANTED IN PART. TEX. R. APP. P. 52.8(c).

The Honorable Joe Rathmell is ORDERED to vacate the order transferring the underlying cause to the 49th District Court of Zapata County. All orders entered by the Judge of the 49th District Court subsequent to the order of transfer are VOID. The writ will issue only if we are notified that Judge Rathmell has not done as directed within ten days of the date of this order.

The real party in interest's supplemental motion for temporary order and partial lift of stay is DENIED AS MOOT.

It is so **ORDERED** on September 25, 2013.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2013.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. P-01796, styled *In re the Estate of Alberto Treviño, Jr.*, pending in the County Court, Zapata County, Texas, the Honorable Joe Rathmell presiding.